# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 11-4502
(AFFIX FILING STAMP HERE)

Global Rescue LLC, Plaintiff(s)

v.

Edward Muhlner ET AL, Defendant(s)

## SUMMONS AND RESTRAINING ORDER

To the above-named Defendant: Edward Muhlner, Thomas Bochnowski & Mark Cohon

You are hereby summoned and required to serve upon Morgan Brown & Joy LLP, plaintiff's attorney, whose address is 200 State St Boston, MA. 02109, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You also are required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim that you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Boston in courtroom 1008 of said court on Tuesday the 20th day of December A.D. ~~200~~2011 at Two o'clock ~~A.~~M. PM, at which you may appear and show cause why such application should not be granted.

FORM CIV.P.3 5M 12/04

In the meantime, until such hearing, WE COMMAND YOU, said Defendant and your agents, attorneys and counsellors, and each and every one of them, to desist and refrain from

*See Attached Order*

Witness, Barbara J. Rouse, Esquire, at Boston, the Ninth day of December, in the year of our Lord two thousand and Eleven.

Assistant *Clerk.*

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ______________________, 200___, I served a copy of the within summons and restraining orders, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4(d)(1-5):

________________________________________________________________

________________________________________________________________

________________________________________________________________

Dated: ________________, 200___.

N.B. **TO PROCESS SERVER:**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| |
|---|
| , 200 . |

In the meantime, until such hearing, WE COMMAND YOU, said Defendant and your agents, attorneys and counsellors, and each and every one of them, to desist and refrain from

*See Attached Order*

Witness, Barbara J. Rouse, Esquire, at Boston, the Ninth day of December, in the year of our Lord two thousand and Eleven.

Assistant *Clerk.*

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss. SUPERIOR COURT DEPARTMENT

GLOBAL RESCUE LLC,

Plaintiff,

v.

EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON,

Defendants.

CIVIL ACTION NO. 11-4502 G

**TEMPORARY RESTRAINING ORDER**

Upon consideration of the plaintiff's *ex parte* motion for a temporary restraining order, the Court enters the following Order:

1. Defendants Edward Muhlner ("Muhlner"), Thomas Bochnowski ("Bochnowski"), and Mark Cohon ("Cohon") (collectively, the "Defendants") are hereby enjoined from prosecuting a separate suit in any other court, including but not limited to the state and federal courts of California, that arises from or involves the same nucleus of facts, controversy and/or issues raised in the instant suit or that would otherwise interfere with this action.

2. Defendants are hereby enjoined from obtaining relief in any other court except a federal court in M[illegible] (Court) that would stay, limit or restrain this Court or restrict plaintiff from prosecuting its claims in this action.

3. This Order shall remain in force until it is revisited at the hearing on Plaintiff's motion for a preliminary injunction, at which time it ~~may be entered as a permanent order.~~ will be reviewed. (EMF)

4. This Order shall apply in all respects to Defendants, as well as to their attorneys, agents or any other individual or entity within their control.

SO ORDERED this 9th day of December, 2011.

Hon.
Justice of the Superior Court