Order Re Consent to Jurisdiction clauses in Bochnowski's Employee Obligations Agreement, in Cohon's consultant agreement and in Muhlner's Employee Obligations Agreement, this motion is allowed. See TRO

JSC 12/9/11 3:45 pm

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss. SUPERIOR COURT DEPARTMENT

| | |
|---|---|
| GLOBAL RESCUE LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON,<br><br>Defendants. | 11-4502 G<br><br>CIVIL ACTION NO. ______ |

2011 DEC -9 PM 3:05
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff, Global Rescue LLC ("GR"), hereby moves *ex parte* pursuant to Mass. R. Civ. P. 65 for a temporary restraining order ("TRO") enjoining defendants Edward Muhlner ("Muhlner") and Thomas Bochnowski ("Bochnowski"), former GR senior executives who recently resigned in a highly suspicious manner and began working for a competing company, and Mark Cohon ("Cohon"), a former consultant for GR who similarly resigned and is now providing services to the same competing company (collectively, the "Defendants"), from prosecuting a separate suit in any other court arising from or involving the same nucleus of facts, controversy and/or issues raised in the instant suit or that would otherwise interfere with this action.

As set forth more fully in the accompanying Memorandum of Law in Support of the instant motion, as well as in the Complaint and Affidavits of Daniel L. Richards and Mark G. Spencer, a TRO is necessary to avoid irreparable harm to GR and the unnecessary compounding