# STATE COURT RECORD

## PART 4

# EXHIBIT G

| | | | |
|---|---|---|---|
| **Assigned To** | Tom Bochnowski | **Status** | Completed |
| **Subject** | Meeting | **Name** | Tom Oksanen |
| **Due Date** | 6/28/2010 | **Related To** | Fidelity Investments- Risk Services 100504 |
| **Phone** | | **Email** | |
| **Priority** | Normal | **Assigned By 1** | |
| | | **Assigned By 2** | |

**System Information**

| | | | |
|---|---|---|---|
| **Created By** | Tom Bochnowski, 6/28/2010 4:51 PM | **Last Modified By** | Tom Bochnowski, 6/28/2010 4:51 PM |

**Description Information**

**Comments**

Mark, Dan and Tom met with Tom Oksanen at the Langham hotel for breakfast.

Friendly conversation.

Tom said he's interested in the GR program and understands that it won't cost him anything, but his team is overworked so they may not make it a priority.

Mark will be following up with Tom 1:1 to discuss how we get this done.

# EXHIBIT H

**From:** Tom Bochnowski <tbochnowski@globalrescue.com>
**Sent:** Thursday, April 08, 2010 2:43 PM
**To:** Mark B. Cohon; Daniel Richards
**Subject:** RE: Agenda
**Attachments:** Liberty Mutual Group Meeting with Global Rescue 100408.docx

Some thoughts

---

Tom Bochnowski
Senior Director Sales
Global Rescue LLC
115 Broad St. STE 350
Boston, MA 02110
W: (617) 459-4213
M: (415) 710-6990
Fx: (617) 507-1050
www.globalrescue.com

**In the event of an emergency, please contact the Global Rescue Operations Center at 617-459-4200.**

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

---

**From:** Mark B. Cohon [mailto:mbcohon@aol.com]
**Sent:** Thursday, April 08, 2010 2:10 PM
**To:** Tom Bochnowski; Daniel Richards
**Subject:** Agenda

Tom,

Attached is the agenda. My additions to the presentation to follow. Can Kathleen get me on the Delta 1372 to Boston Monday and Delta 1393 return?
I am going to take the red eye and land at JFK at 8:30 am and go directly to Aon tomorrow morning.

I'll call you soon,

Mark Cohon
917 584 3211

Liberty Mutual Group Meeting with Global Rescue

Monday, April 12, 11:00 am – 1:00 pm

Attendees:

Liberty Mutual:

- Chris Capone
- Yvonne Garcia
- Nicole Dara
- Mark Parabicoli
- Alison MacLean
- Dan Lyons
- Chris Kroger

Global Rescue:

- Dan Richards
- Tom Bochnowski
- Mark Cohon

Agenda

- Liberty Mutual Introduction
- Global Rescue Introduction
- Global Rescue Crisis Response Services
    - Medical Evacuation
    - Security Extraction
- Application of Medical Evacuation and Crisis Response to Personal Lines Insurance
- Application of Medical Evacuation and Crisis Response to Life, Accident and Disability
- Captive Potential and Application
- Proposed Working Relationship
- Free Discussion
- Conclusion

# EXHIBIT I

**From:** Bailey, Tina <CBailey@vsecorp.com>
**Sent:** Wednesday, May 18, 2011 10:17 AM
**To:** Mark Cohon
**Subject:** FW: VSE and Global Rescue
**Attachments:** 20110517121118.pdf

Good Morning Mark: This is a follow up to my voice mail messages.

We are delighted to partner with you in regards to cost-savings associated with our various insurance coverage/policies. Per your request, I am in the process of gathering the various policy information. Meanwhile, I am interested in specific examples of how GR has successfully leveraged their services with existing clients. This information will permit us to focus on relevant policies, carriers, and coverage. The policy/information that I will share with you is proprietary and confidential. For this reason, I will need you to sign a Non-Disclosure Agreement (see attached) before releasing the information. As we continue our partnership, and request proprietary information from Global Rescue we will sign a Non-Disclosure Agreement and offer you the same protections.

Again, I am looking forward to working with you.

Please call if you have any questions.

Regards,

*Tina*

Tina (Bowers) Bailey
VP of Human Resources
VSE Corporation
2550 Huntington Avenue
Alexandria, VA 22303
703 329-3214

NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, recopy, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error and delete the copy you received. Thank you.

From: Mark B. Cohon [mailto:mcohon@globalrescue.com]
Sent: Monday, May 16, 2011 11:35 AM
To: Bailey, Tina
Cc: Tom Bochnowski; Rose, AJ; Gauthier, Maurice "Mo"; Daniel L. Richards
Subject:

Tina,
I am the head of Global Rescue's Risk Management and Services team. We have recently been able to leverage our services at existing clients to help them reduce various insurance and benefits costs.
As you may be aware, last week, VSE and GR's CEOs discussed GR's Risk Services team preparing a proposal to be used as a basis for discussing how VSE may be able to reduce the cost of some of your current commercial insurance and benefits while possibly improving service levels to VSE and your employees. Mr. Gauthier suggested we contact you to get the necessary information to prepare the proposal.
Would you please send me the following:
· Copies of the actual policies or agreements for the insurance of any corporate or group accident program, group life, VSE's various liability programs, workers compensation, expatriate medial and welfare as well as short term out of country medical and welfare programs and corporate or bodily hazard programs
· Covered population with employment definitions of the insureds for each policy and/or agreement
Please let me know if you'd like to discuss our request further by phone. We look forward to working with you.
Regards.
Mark
Mark B. Cohon
Global Rescue Risk Services
917-584-3211
203-291-9073
Sent from my Verizon Wireless BlackBerry

**From:** Joshua Rose <jrose@globalrescue.com>
**Sent:** Monday, May 16, 2011 9:56 AM
**To:** Don Smith (donsmith@anco.com)
**Subject:** Texas visit

Hi Don,

I am trying to line up some schedules for a visit to College Station in early June. I'm hoping we may be able to speak with you and Henry about some options for providing services to the entire System. Would you be able to speak with Henry and let me know some good dates?

I would like to introduce you both to Mark Cohon, who heads up our risk services team. Mark is a genius at finding creative ways to spread the financial risk of medical and security evacuation services across multiple policies.

Please let me know what works, and I will try to get something firmed up.

Thanks

---

Joshua Rose, NREMT-P
Director, Strategic Accounts

Global Rescue LLC
177 Milk St. STE 700
Boston, MA 02109
Ph: (617) 459-4209
Fx: (617) 507-1050
www.globalrescue.com
jrose@globalrescue.com

**In the event of an emergency, please contact the Global Rescue Operations Center at +1 617-459-4200.**

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

# EXHIBIT J

**From:** Mark Cohon <mcohon@globalrescue.com>
**Sent:** Wednesday, April 27, 2011 1:33 PM
**To:** Tom Bochnowski; Martha Williams; Joshua Rose
**Cc:** Daniel Richards
**Subject:** Fw: RIMS appointment

Mark B. Cohon
Global Rescue Risk Services
917-584-3211
203-291-9073
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Walloga, James W" <James.Walloga@acegroup.com>
Date: Wed, 27 Apr 2011 13:17:37
To: Mark Cohon<mcohon@globalrescue.com>
Subject: RE: RIMS appointment

Mark -

Thank you for this. I'll call you to discuss schedules this afternoon.

Also, I need to discuss the marketing piece with you. It's going to be difficult to get it legally approved for RIMs. Notwithstanding our excitement about forming a marketing alliance with Global Rescue, there are a couple of issues. According to our corporate branding guidelines, we may only use the ACE Logo on promotional material when there is a formal ACE relationship, i.e. an agreement in place (i.e. insurance policy, Agency Agreement, Marketing Agreement, Service Agreement, etc.) that supports the context of the promotion.

The logo could be used (based on our Verizon relationship assuming there are no showstoppers to the agreement Karen is currently negotiating for the Verizon deal) in a slide showing other insurance companies, clients, etc. for whom you provide service.

Our corporate advertising rules do not allow us to use the term 'partnership' in our advertising materials unless we have a true legal partnership in place.

Let's discuss how to best position.

James Walloga
Vice President
Accident & Health Division, ACE USA
212-703-7197

-----Original Message-----
From: Mark B. Cohon [mailto:mcohon@globalrescue.com]
Sent: Tuesday, April 26, 2011 4:24 PM
To: Valerie.j.wilhite@lowes.com

Cc: Harry Levitt; Linda Martin; Rusty Heise; Tom Bochnowski
Subject: RIMS appointment

Valerie,
I was thrilled to get your message from Rusty Heise that you'll be available to meet with us at RIMS. We are available after noon on Monday before 5 on Tuesday and before 4 on Wednesday. Please let me know what time works best for you and we'll look forward to seeing you then. We have meeting rooms, a booth or we can meet in the convention itself. If you'd prefer to speak, please call me at 917-584-3211. Thanks for calling today.
Mark
Mark B. Cohon
Global Rescue Risk Services
917-584-3211
203-291-9073
Sent from my Verizon Wireless BlackBerry

**From:** Bailey, Tina <CBailey@vsecorp.com>
**Sent:** Wednesday, May 18, 2011 10:17 AM
**To:** Mark Cohon
**Subject:** FW: VSE and Global Rescue
**Attachments:** 20110517121118.pdf

Good Morning Mark: This is a follow up to my voice mail messages.

We are delighted to partner with you in regards to cost-savings associated with our various insurance coverage/policies. Per your request, I am in the process of gathering the various policy information. Meanwhile, I am interested in specific examples of how GR has successfully leveraged their services with existing clients. This information will permit us to focus on relevant policies, carriers, and coverage. The policy/information that I will share with you is proprietary and confidential. For this reason, I will need you to sign a Non-Disclosure Agreement (see attached) before releasing the information. As we continue our partnership, and request proprietary information from Global Rescue we will sign a Non-Disclosure Agreement and offer you the same protections.

Again, I am looking forward to working with you.

Please call if you have any questions.

Regards,

*Tina*

Tina (Bowers) Bailey
VP of Human Resources
VSE Corporation
2550 Huntington Avenue
Alexandria, VA 22303
703 329-3214

VSE Human Resources

*Delivering results that matter!*

NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, recopy, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error and delete the copy you received. Thank you.

From: Mark B. Cohon [mailto:mcohon@globalrescue.com]
Sent: Monday, May 16, 2011 11:35 AM
To: Bailey, Tina
Cc: Tom Bochnowski; Rose, AJ; Gauthier, Maurice "Mo"; Daniel L. Richards
Subject:

Tina,
I am the head of Global Rescue's Risk Management and Services team. We have recently been able to leverage our services at existing clients to help them reduce various insurance and benefits costs.
As you may be aware, last week, VSE and GR's CEOs discussed GR's Risk Services team preparing a proposal to be used as a basis for discussing how VSE may be able to reduce the cost of some of your current commercial insurance and benefits while possibly improving service levels to VSE and your employees. Mr. Gauthier suggested we contact you to get the necessary information to prepare the proposal.
Would you please send me the following:
· Copies of the actual policies or agreements for the insurance of any corporate or group accident program, group life, VSE's various liability programs, workers compensation, expatriate medial and welfare as well as short term out of country medical and welfare programs and corporate or bodily hazard programs
· Covered population with employment definitions of the insureds for each policy and/or agreement
Please let me know if you'd like to discuss our request further by phone. We look forward to working with you.
Regards.
Mark
Mark B. Cohon
Global Rescue Risk Services
917-584-3211
203-291-9073
Sent from my Verizon Wireless BlackBerry

# EXHIBIT K

**From:** Joshua Rose <jrose@globalrescue.com>
**Sent:** Friday, April 15, 2011 8:56 AM
**To:** Martha Williams; Mark Cohon; mbcohon@aol.com
**Cc:** Tom Bochnowski
**Subject:** RE: RIMS brochure

Martha,

I spoke with Mark more about this last night. Tom's right – this language doesn't fit the original request. I will re-write some language on the plane ride this afternoon and send it to you tonight.

What I'd like to put together is a flyer that covers our entire range of risk services integration options and can be used as a conversation starter / take away. I know time is short for printing, so I'll get you something as soon as possible.

Thanks,

Josh

---

Joshua Rose, NREMT-P
Director, Strategic Accounts

Global Rescue LLC
177 Milk St. STE 700
Boston, MA 02109
Ph: (617) 459-4209
Fx: (617) 507-1050
www.globalrescue.com
jrose@globalrescue.com

**In the event of an emergency, please contact the Global Rescue Operations Center at +1 617-459-4200.**

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

---

**From:** Joshua Rose
**Sent:** Thursday, April 14, 2011 7:23 PM
**To:** Martha Williams; Mark Cohon; mbcohon@aol.com
**Cc:** Tom Bochnowski
**Subject:** RE: RIMS brochure

A couple of comments:

- I understand Tom's concern; there is a disconnect between the interior content and the title. I wouldn't alter the interior, but actually redirect the title to something like "Captive-Based Enhanced Employee Benefits" – but I don't know what the original ask was

- The standard language I've used to discuss insurance integration follows below. This may be a helpful starting place if needed, but I thought that flyer already existed

- Also, what happened to using Frutiger as the text body font? I liked your idea of using a sans-serif font as text body, and a serif font for headings

I hope this helps. Let me know if you need anything else.

**Standard insurance-integration language:**

Global Rescue shapes the outcome of emergency events. The service differentiators – Johns Hopkins Medicine, deployable personnel, Field Rescue, paramedic and security call takers – all lead to substantially better outcomes and statistically higher survival rates when crises occur.

With Global Rescue, your employees will recover faster and better from medical or security events, resulting in quicker discharge and earlier return to function, avoidance of permanent disability, and even escaping death.

Beyond the obvious benefits for your company and your employees, Global Rescue's model has caused a paradigm shift. Insurance carriers can also see significant gains because Global Rescue significantly reduces the number and severity of claims.

Top-rated insurance underwriters have recognized that corporations who implement a Global Rescue crisis response solution will reduce the frequency and amount of claims relating to:

- Life / Accidental Death and Disability
- Business Travel Accident Policies
- Worker's Compensation
- Overseas Medical Expenses

As a direct result, Global Rescue clients can actually save money by reducing aggregate insurance premiums, even while adding superior services and promoting better outcomes for their employees.

---

Joshua Rose, NREMT-P
Director, Strategic Accounts

Global Rescue LLC
177 Milk St. STE 700
Boston, MA 02109
Ph: (617) 459-4209
Fx: (617) 507-1050
www.globalrescue.com
jrose@globalrescue.com

**In the event of an emergency, please contact the Global Rescue Operations Center at +1 617-459-4200.**

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this

email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

---

**From:** Martha Williams
**Sent:** Wednesday, April 13, 2011 10:20 AM
**To:** Mark Cohon; mbcohon@aol.com; Joshua Rose
**Cc:** Tom Bochnowski
**Subject:** Re: RIMS brochure
**Importance:** High

Hi guys,

Tom is questioning the appropriateness of the Captive language in this piece for RIMS. Mark? Is this not the appropriate message for this audience?

If so, Josh, do you have any non-captive insurance language I can use in place?

Thanks boys,
Martha

—

Martha Williams
Marketing Manager
Global Rescue LLC
177 Milk St. STE 700
Boston, MA 02109
Ph: (617) 830-2804
Fx: (617) 507-1050
www.globalrescue.com

**In the event of an emergency, please contact the Global Rescue Operations Center at 617-459-4200.**

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

---

**From:** Martha Williams <mwilliams@globalrescue.com>
**Date:** Tue, 12 Apr 2011 15:25:27 -0400
**To:** Tom Bochnowski <tbochnowski@globalrescue.com>, Mark Cohon <mcohon@globalrescue.com>, "mbcohon@aol.com" <mbcohon@aol.com>
**Subject:** RIMS brochure

Hi guys,

Attached for review.

Let me know what you think.

M

—

Martha Williams
Marketing Manager
Global Rescue LLC
177 Milk St. STE 700
Boston, MA 02109
Ph: (617) 830-2804
Fx: (617) 507-1050
www.globalrescue.com

**In the event of an emergency, please contact the Global Rescue Operations Center at 617-459-4200.**

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

**From:** Mark Cohon <mcohon@globalrescue.com>
**Sent:** Wednesday, April 27, 2011 1:33 PM
**To:** Tom Bochnowski; Martha Williams; Joshua Rose
**Cc:** Daniel Richards
**Subject:** Fw: RIMS appointment

Mark B. Cohon
Global Rescue Risk Services
917-584-3211
203-291-9073
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Walloga, James W" <James.Walloga@acegroup.com>
Date: Wed, 27 Apr 2011 13:17:37
To: Mark Cohon<mcohon@globalrescue.com>
Subject: RE: RIMS appointment

Mark -

Thank you for this. I'll call you to discuss schedules this afternoon.

Also, I need to discuss the marketing piece with you. It's going to be difficult to get it legally approved for RIMs. Notwithstanding our excitement about forming a marketing alliance with Global Rescue, there are a couple of issues. According to our corporate branding guidelines, we may only use the ACE Logo on promotional material when there is a formal ACE relationship, i.e. an agreement in place (i.e. insurance policy, Agency Agreement, Marketing Agreement, Service Agreement, etc.) that supports the context of the promotion.

The logo could be used (based on our Verizon relationship assuming there are no showstoppers to the agreement Karen is currently negotiating for the Verizon deal) in a slide showing other insurance companies, clients, etc. for whom you provide service.

Our corporate advertising rules do not allow us to use the term 'partnership' in our advertising materials unless we have a true legal partnership in place.

Let's discuss how to best position.

James Walloga
Vice President
Accident & Health Division, ACE USA
212-703-7197

-----Original Message-----
From: Mark B. Cohon [mailto:mcohon@globalrescue.com]
Sent: Tuesday, April 26, 2011 4:24 PM
To: Valerie.j.wilhite@lowes.com

Cc: Harry Levitt; Linda Martin; Rusty Heise; Tom Bochnowski
Subject: RIMS appointment

Valerie,
I was thrilled to get your message from Rusty Heise that you'll be available to meet with us at RIMS. We are available after noon on Monday before 5 on Tuesday and before 4 on Wednesday. Please let me know what time works best for you and we'll look forward to seeing you then. We have meeting rooms, a booth or we can meet in the convention itself. If you'd prefer to speak, please call me at 917-584-3211. Thanks for calling today.
Mark
Mark B. Cohon
Global Rescue Risk Services
917-584-3211
203-291-9073
Sent from my Verizon Wireless BlackBerry

# EXHIBIT L

*"My former travel assistance provider left me out there to die. Global Rescue saved my life."*

*Blackstone Dilworth, Chief Executive Officer*
*Towers of Texas*

CONTACT US TODAY.

GLOBAL rescue

GLOBAL RESCUE · 1.800.381.9754 · INTL: +1.617.459.4200
WWW.GLOBALRESCUE.COM

# GLOBAL rescue

MEDICAL EVACUATION | SECURITY EXTRACTION | FIELD RESCUE | ADVISORY SERVICES



# GLOBAL RESCUE SAVES LIVES.

**OUR SERVICES ARE PROVEN TO SAVE LIVES, IMPROVE PATIENT OUTCOMES AND REDUCE ACCIDENT, LIFE, WORKERS COMPENSATION AND DISABILITY CLAIMS COSTS AND RELATED INSURANCE PREMIUMS.**

Global Rescue reduces insurance exposure and controls the costs of claims compared to traditional assistance providers. As a result, Global Rescue clients save money on their insurance benefit premiums, usually far in excess of the cost of our services.

## HOW CAN INSURERS IMPROVE THEIR LOSS RATIOS AND EMPLOYERS REDUCE THEIR COSTS BY USING GLOBAL RESCUE?

Global Rescue and Johns Hopkins Medicine have reinvented how crisis response, emergency medical and security services are delivered. Our services dramatically increase the likelihood of positive outcomes.

## RESULTS.

Clients who live. Reduced liability and claims. Improved corporate resiliency. Significant savings.

GLOBAL RESCUE · 1.800.381.9754 · INTL: +1.617.459.4200
W W W . G L O B A L R E S C U E . C O M

## GLOBAL RESCUE EXCEEDS TRAVEL ASSISTANCE COMPANIES IN CRITICAL CAPABILITIES AND SERVICES

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| Operations Center Staffing | 24/7 staffing by critical care paramedics, physicians and special operations veterans | Staffed by telephone operators, call screeners and case managers reading from scripts |
| Operations Ratios | Highest operational personnel to client ratio in industry | Understaffed for high demand periods |
| Worldwide Field Rescue | Boots-on-ground extraction services for medical and security emergencies | Not available, clients must be admitted to a hospital or located at an airstrip |
| Kidnap and Detention Response | Negotiation, medical and armed response | Not available |
| Medical Advisory Services From Top Medical Institution | Medical advice provided in real-time by Johns Hopkins Medicine physicians and specialists; ranked #1 medical institution in U.S. for last 19 consecutive years | Not available |
| International Centers of Medical Excellence | 100 International Centers of Excellence medical facilities affiliated with Johns Hopkins Medicine or other preeminent U.S. medical institutions | Small clinics |
| Security Assessments | Security teams available to assess the internal and external security of client facilities in order to mitigate risk | Not available |
| Deployable Medical and Security Teams | Military special operations veterans, paramedics, physicians and search and rescue experts deployable worldwide for on-site support, field rescue, case management and security details | Medical support only, no deployable in-house teams |
| Reduced Claims Costs | Improved patient outcomes lowers insurance claims for clients and partners | Limited improvement in patient outcomes, no meaningful reduction in claims costs |

GLOBAL RESCUE

Global Rescue is authorized as an indirect air carrier to provide aeromedical transport services.

**From:** Martha Williams <mwilliams@globalrescue.com>
**Sent:** Thursday, March 10, 2011 12:46 PM
**To:** Mark Cohon; Tom Bochnowski
**Subject:** Re: RIMS
**Attachments:** GR-Captive-RIMS.pdf

Hi Guys,

Here is the first draft of the RIMS print piece I worked up using content from Josh R. Please review and let me know what you think.

I'd like to schedule this to go to print by the middle of April, so please review and get me comments in as timely a manner as possible. (looking at you, Tom.)

I'm going to be sending out a series of invites for the events you want to attend at RIMS through Outlook so they are on your calendars. There will be a bunch coming in so heads up.

Best,
Martha

--

Martha Williams
Marketing Manager
Global Rescue LLC
177 Milk St. STE 700
Boston, MA 02109
Ph: (617) 830-2804
Fx: (617) 507-1050
www.globalrescue.com

In the event of an emergency, please contact the Global Rescue Operations Center at 617-459-4200.

CONFIDENTIALITY & PRIVACY NOTICE
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please advise the sender and permanently delete this message, all copies and any attachments from your records immediately.

On 3/9/11 5:49 PM, "Mark Cohon" <mcohon@globalrescue.com> wrote:

>Martha,
>Enjoyed seeing you today. Here are the sessions I want to attend at RIMS:
>24x7 Comp, Monday 1:45
>Demystifying D&O, Tuesday 2:30
>ERM, Monday 3:30
>ERM Implementation, Tuesday 2:15
>ERM Tech, Monday 1:45
>Captive formation, Thursday 9:45
>Captive best practiced, Monday 1:45
>Senior exec forum, Tuesday 9
>Int exp unique, Monday 1:45
>Travel risk solutions, thursday 9:45
>
>I know that I have planned a lot of conflicts. I'd like Tom to attend
>some of the meetings as well. Please lay out the sessions above and
>we'll work through the the conflicts.
>
>Thanks a lot!
>
>Mark B. Cohon
>917-584-3211
>203-291-9073
>
>Sent from my iPhone

# Enhanced Employee Benefit Programs for Captives

*Global Rescue helps captive managers provide benefit enhancements to attract unrelated premium and meet regulatory requirements for maximum tax advantages*

Captive managers are challenged by recent Internal Revenue Service (IRS) changes which only provide the maximum tax advantages when 50% of the captive's premium is paid by parties unrelated to the parent. Captives can meet this requirement by reinsuring their corporation's group and voluntary ERISA benefit programs, leading to a **significant reduction in tax obligations**.

Traditionally, the Department of Labor (DOL) has made it difficult for captives to reinsure benefits, but recent precedent has eased the process:

- Captives can utilize an **expedited process** (78 days) to obtain a Prohibited Transaction Exemption, which will grant permission to reinsure benefits
- The captive must add a **benefit enhancement** to the reinsured product
- The captive must work with a highly rated insurance company to front the new product, and **reinsure the risk**
- The process is **invisible to employees**, with the exception of improved benefits; administration and claims processes remain unchanged

Captive managers who want to take advantage of this process need to partner with a benefits provider and insurer who will orchestrate and manage the process for relatively little investment.

## Global Rescue's Solution

Global Rescue is the premier provider of **travel-related medical and security assistance**, advisory, and evacuation services. Global Rescue's programs are embedded in life and disability benefits programs to provide life saving services when employees travel. The results:

- **Reduce costs and frequency** of life and disability claims
- **Improve the experience** of the group over time
- Help **keep premium constant**

By incorporating Global Rescue into existing life and disability benefits, captive managers can provide a **significant benefits enhancement**, satisfying IRS and DOL regulatory requirements:

- **Integrate and consolidate** benefits communications and emergency services programs under a **single source**
- Create a **true triage and benefits precertification service** provided by medical professionals for business travel events
- Provide **superior crisis response, travel intelligence, international security, and benefits services** for employees

Global Rescue will work with your consultants, as well as your current and third-party insurers, to review current programs and provide an estimation of the possible savings and superior services that are available.

## About Global Rescue

Global Rescue provides complete advisory and response services for medical emergencies, security crises, and other urgent and emergency situations, as well as timely advice, stand-by services, and travel risk management consultation before situations escalate to emergencies.

Global Rescue's services include:

- **24/7 Operations Center** for direct access to critical-care paramedics and special operations veterans for immediate, life-saving advice and support
- **Business Travel Insurance and Benefits Precertification** provides a single call solution, where Global Rescue's Operations personnel will pre-certify medical cases for payment while initiating rescue services
- **Emergency Advisory Services** for medical and security guidance from experts at Global Rescue and Johns Hopkins Medicine
- **Medical Centers of Excellence Referrals** to guide travelers to the world's top hospitals, representing the best locally available treatment
- **Deployable Medical and Security Personnel** for direct, on-site case management and leadership during international medical or security operations
- **Medical Evacuation** from the site of illness or injury to the travelers' home country hospital of choice
- **Security Extraction** for individuals or large groups, in the event of war, civil unrest, natural disaster, terrorism, or other critical event
- **Travel Tracking and Intelligence Reports** provide automated 24/7 awareness of worldwide threats that could affect travelers, and pre-travel information to ensure compliance with company policies and disclosure requirements
- **Additional Security and Travel Support Services**, such as Kidnap and Detention response, personal security details, site surveys, traveler assistance, medical stand by services, and more

Global Rescue is a single source solution for all traveler support and crisis response needs, providing a single contact point for coordination of all services. Global Rescue's fee structure and offerings allow clients to save money by reducing liability and casualty insurance costs, as well as reducing total spend on travel security and crisis response programs.

## ABOUT GLOBAL RESCUE

Global Rescue provides complete advisory and response services for medical emergencies, security crises and other emergency situations.

Global Rescue's services include:

- **24/7 Operations Center** for direct access to critical-care paramedics and special operations veterans for immediate, life-saving advice and support
- **Business Travel Insurance and Benefits Precertification** provides a single call solution, where Global Rescue's operations personnel will pre-certify medical cases for payment while initiating rescue services
- **Emergency Advisory Services** for medical and security guidance from experts at Global Rescue and Johns Hopkins Medicine
- **Medical Centers of Excellence Referrals** to guide travelers to the world's top hospitals, representing the best locally available treatment
- **Deployable Medical and Security Personnel** for direct, on-site case management and leadership during international medical or security operations
- **Medical Evacuation** from the site of illness or injury to the travelers' home country hospital of choice
- **Security Extraction** for individuals or large groups, in the event of war, civil unrest, natural disaster, terrorism or other critical event
- **Travel Tracking and Intelligence Reports** provide automated 24/7 awareness of worldwide threats that could affect travelers, and pre-travel information to ensure compliance with company policies and disclosure requirements

GLOBAL rescue

GLOBAL RESCUE · 1.800.381.9754 · INTL: +1.617.459.4200
WWW.GLOBALRESCUE.COM

# GLOBAL rescue
## RISK SERVICES

MEDICAL EVACUATION | SECURITY EXTRACTION | CRISIS RESPONSE



## Consolidated Travel Risk Management Solutions

Global Rescue's consolidated travel risk management brings together corporate travel insurance, employee benefit programs, travel assistance and crisis response.

Global Rescue clients:

- Save money over current disparate assistance services
- Integrate and consolidate benefits and assistance programs under a single source
- Create a true triage and benefits precertification service provided by medical professionals for business travel events
- Provide superior medical, security, assistance and benefits services for employees
- Leverage Global Rescue's services for discounted premiums on international and domestic casualty, liability, life and accident insurance policies

Clients typically integrate Global Rescue with insurance programs in two different ways: embedded within current or new policies, or managed within a captive.

## Embedded Assistance Services

Global Rescue's unique services and lifesaving differentiators have been recognized by major international insurance carriers to improve the outcome of emergency events, reducing the morbidity and mortality of medical and security situations and the size and frequency of claims.

As a result, insurers bundle Global Rescue's services into corporate policies, including:

- Business Travel Accident
- Basic and Voluntary Group Life Insurance
- Corporate Accident and Health Insurance (including AD&D)
- Workers' Compensation
- International Employee Liability Coverage

By designating Global Rescue as a preferred assistance provider within multiple policies, clients can consolidate costs and streamline services.

## Captive Benefit Enhancements

Recent Internal Revenue Service changes provide maximum tax advantages when 50% of a captive's premium is paid by parties unrelated to the parent. Captives can meet this requirement by reinsuring their corporation's group and voluntary ERISA benefit programs, leading to a significant reduction in tax obligations.

To reinsure ERISA benefits, the IRS and Department of Labor have determined that a captive must add a benefit enhancement to the reinsured product.

Global Rescue serves as this enhancement by:

- Integrating and consolidating benefits communications and emergency services programs under a single source
- Creating a true triage and benefits precertification service provided by medical professionals for business travel events
- Providing superior crisis response, travel intelligence, international security and benefits services for employees

The process is invisible to employees, with the exception of improved benefits.

The Global Rescue addition will also:

- Reduce costs and frequency of life and disability claims
- Improve the experience of the group over time
- Help keep premium constant

## Getting Started

Global Rescue's risk services team will perform a comprehensive review of your current program to identify gaps, redundancies and potential weaknesses. Global Rescue will recommend integrated solutions to save money, time and effort in emergency and non-emergency situations. We are happy to work with your existing benefits and insurance providers, as well as other third party carriers, to build an optimal solution.

*"My former travel assistance provider left me out there to die. Global Rescue saved my life."*

*Blackstone Dilworth, Chief Executive Officer*
*Towers of Texas*

CONTACT US TODAY.

GLOBAL rescue

GLOBAL RESCUE · 1.800.381.9754 · INTL: +1.617.459.4200
WWW.GLOBALRESCUE.COM

# GLOBAL rescue

## RISK MANAGEMENT SERVICES

MEDICAL EVACUATION | SECURITY EXTRACTION | FIELD RESCUE | ADVISORY SERVICES



# GLOBAL RESCUE SAVES LIVES.

## OUR SERVICES ARE PROVEN TO SAVE LIVES, IMPROVE PATIENT OUTCOMES AND REDUCE ACCIDENT, LIFE, WORKERS COMPENSATION AND DISABILITY CLAIMS COSTS AND RELATED INSURANCE PREMIUMS.

Global Rescue reduces insurance exposure and controls the costs of claims compared to traditional assistance providers. As a result, Global Rescue clients save money on their insurance premiums, usually far in excess of the cost of our services.

## HOW CAN INSURERS IMPROVE THEIR LOSS RATIOS AND EMPLOYERS REDUCE THEIR COSTS BY USING GLOBAL RESCUE?

Global Rescue and Johns Hopkins Medicine have reinvented how crisis response, emergency medical and security services are delivered. Our services dramatically increase the likelihood of positive outcomes.

## RESULTS.

Clients who live. Reduced liability and claims. Improved corporate resiliency. Significant savings.

GLOBAL RESCUE · 1.800.381.9754 · INTL: +1.617.459.4200
WWW.GLOBALRESCUE.COM

## GLOBAL RESCUE EXCEEDS TRAVEL ASSISTANCE COMPANIES IN CRITICAL CAPABILITIES AND SERVICES

| | | |
|---|---|---|
| Operations Center Staffing | 24/7 staffing by critical care paramedics, physicians and special operations veterans | Staffed by telephone operators, call screeners and case managers reading from scripts |
| Operations Ratios | Highest operational personnel to client ratio in industry | Understaffed for high demand periods |
| Worldwide Field Rescue | Boots-on-ground extraction services for medical and security emergencies | Not available, clients must be admitted to a hospital or located at an airstrip |
| Kidnap and Detention Response | Negotiation, medical and armed response | Not available |
| Medical Advisory Services From Top Medical Institution | Medical advice provided in real-time by Johns Hopkins Medicine physicians and specialists; ranked #1 medical institution in U.S. for last 19 consecutive years | Not available |
| International Centers of Medical Excellence | 100 International Centers of Excellence medical facilities affiliated with Johns Hopkins Medicine or other preeminent U.S. medical institutions | Small clinics |
| Security Assessments | Security teams available to assess the internal and external security of client facilities in order to mitigate risk | Not available |
| Deployable Medical and Security Teams | Military special operations veterans, paramedics, physicians and search and rescue experts deployable worldwide for on-site support, field rescue, case management and security details | Medical support only; no deployable in-house teams |
| Reduced Claims Costs | Improved patient outcomes lowers insurance claims for clients and partners | Limited improvement in patient outcomes, no meaningful reduction in claims costs |

GLOBAL + rescue