UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL RESCUE LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON,<br><br>Defendants. | Case No. 1:11-cv-12250-MLW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between all parties that the above-entitled action is hereby dismissed with prejudice, and without costs or expenses to any party, and that each party is to bear his, her, its or their own attorneys' fees. It is further stipulated that all rights of appeal are hereby waived.

Respectfully submitted:

GLOBAL RESCUE LLC,

By its attorneys

*/s/ Christopher S. Feudo*

Mark M. Whitney, Esq. (BBO# 637054)
Christopher S. Feudo, Esq. (BBO# 670499)
MORGAN BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109
Telephone: (617) 523-6666
Facsimile: (720) 293-9696

Dated: August 7, 2012

Respectfully submitted:

EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON

By their attorneys

*/s/ Zachary S. Kleinsasser*

Gary R. Greenberg, Esq. (BBO# 209420)
Zachary Kleinsasser, Esq. (BBO# 664291)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

Dated: August 7, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicted as nonregistered participants on August 7, 2012.

/s/ Christopher S. Feudo